FILED:  December 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1731
(1:21-cv-00034-SAG)

———————————

MICHAEL A. SCOTT; RUDOLPH ARMSTRONG; AARON KESSLER;
MARK MARINER; LAMAR MARTIN; JEFFREY MATTHEW WELSHONS;
DESHAWN PENHA; AARON SILWONUK; ADAM DULAJ; ASZMAR
HINES; GREGORY MALICKI; JASON HADEL; MICHAEL WELLS;
VINCENT STONE; TONY BLACK; DONNELL FOSTER, JR.; KENNETH
NIERWIENSKI, JR.; CHRISTOPHER HACKLEY; EDWARD PENDERGAST;
SAIQUON WHITE; JOE MCDANIELS; ESPINAL OSVALDO; YUSEF
OSIRUPHU-EL; TAVIST JAMES; DAKOTA BARNARD; MAURICE
RICHARDSON; SHAWN BROOKS; RAYNARD STANCIL; JAMES PEACE;
CLINTON REAGAN; MATTHEW BAHR; RICHARD LEWIS; KENNETH
LUCKEY, JR.; PERRY SENIOR; LAWRENCE ANDERSON; MARK GANTT;
RASHAD MILLS; LANDON BUTLER; JEREMY OGAS; GREGORY BLAIR;
DAVAUGHN CROSBY; CHRIS VELTE; MATTHEW CARSON; HAROLD
SNYDER; BRANDON BUCKMASTER; WILLIAM MOROME; THOMAS
WILLIAMS; JOSEPH DAWSON; KEVIN COOPER; DAMIEN WATERS;
MATTHEW BERMAN; DUSTIN MOHR

            Plaintiffs - Appellants

v.

BALTIMORE COUNTY, MARYLAND

            Defendant - Appellee

------------------------------

PUBLIC JUSTICE CENTER; LEGAL AID JUSTICE CENTER; MOUNTAIN
STATE JUSTICE; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION;
AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES

UNION OF MARYLAND; AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA; AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; AMERICAN CIVIL LIBERTIES UNION OF WEST VIRGINIA; CAUCUS OF AFRICAN AMERICAN LEADERS; MARYLAND CITIZENS UNITED FOR REHABILITATION OF ERRANTS; FAMILY SUPPORT NETWORK

Amici Supporting Appellant

INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION

Amicus Supporting Appellee

---

O R D E R

---

The court grants the motion to extend filing time and extends the time for filing the reply brief to 12/05/2023.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk