FILED: July 19, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 23-1731
(1:21-cv-00034-SAG)

———————————————

MICHAEL A. SCOTT; RUDOLPH ARMSTRONG; AARON KESSLER; MARK
MARINER; LAMAR MARTIN; JEFFREY MATTHEW WELSHONS;
DESHAWN PENHA; AARON SILWONUK; ADAM DULAJ; ASZMAR HINES;
GREGORY MALICKI; JASON HADEL; MICHAEL WELLS; VINCENT
STONE; TONY BLACK; DONNELL FOSTER, JR.; KENNETH NIERWIENSKI,
JR.; CHRISTOPHER HACKLEY; EDWARD PENDERGAST; SAIQUON
WHITE; JOE MCDANIELS; ESPINAL OSVALDO; YUSEF OSIRUPHU-EL;
TAVIST JAMES; DAKOTA BARNARD; MAURICE RICHARDSON; SHAWN
BROOKS; RAYNARD STANCIL; JAMES PEACE; CLINTON REAGAN;
MATTHEW BAHR; RICHARD LEWIS; KENNETH LUCKEY, JR.; PERRY
SENIOR; LAWRENCE ANDERSON; MARK GANTT; RASHAD MILLS;
LANDON BUTLER; JEREMY OGAS; GREGORY BLAIR; DAVAUGHN
CROSBY; CHRIS VELTE; MATTHEW CARSON; HAROLD SNYDER;
BRANDON BUCKMASTER; WILLIAM MOROME; THOMAS WILLIAMS;
JOSEPH DAWSON; KEVIN COOPER; DAMIEN WATERS; MATTHEW
BERMAN; DUSTIN MOHR,

　　　　　　Plaintiffs – Appellants,

v.

BALTIMORE COUNTY, MARYLAND

　　　　　　Defendant – Appellee.

------------------------------

PUBLIC JUSTICE CENTER; LEGAL AID JUSTICE CENTER; MOUNTAIN
STATE JUSTICE; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION;

AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF MARYLAND; AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA; AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; AMERICAN CIVIL LIBERTIES UNION OF WEST VIRGINIA; CAUCUS OF AFRICAN AMERICAN LEADERS; MARYLAND CITIZENS UNITED FOR REHABILITATION OF ERRANTS; FAMILY SUPPORT NETWORK,

Amici Supporting Appellant.

INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION,

Amicus Supporting Appellee.

————————————

O R D E R

————————————

Upon consideration of submissions relative to appellee's motion to stay the mandate pending the filing of a petition for writ of certiorari with the Supreme Court, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk